IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 12-47822 |
| ERNEST SIEFERT JR. | ) | |
| | ) | HON. DONALD CASSLING |
| | ) | BANKRUPTCY JUDGE |

## **NOTICE OF MOTION**

TO:  Parties listed on the attached Service List

PLEASE TAKE NOTICE that on January 17, 2014, at 9:30 a.m., the undersigned shall appear before the Honorable Donald R. Cassling, United States Bankruptcy Judge, or any other judge sitting in his place and stead, at the Henry J. Hyde Judicial Office Facility, 505 N. County Farm Road, Room 4016, Wheaton Illinois and then and there present the attached Motion, a copy of which is attached hereto and hereby served upon you.

_/s/ Brenda Porter Helms

## **CERTIFICATE OF SERVICE**

The undersigned certifies that pursuant to Section H, B, 4 of the Administrative Procedures for the Case Management/Electronic Case filing System, service of the above-mentioned Notice on all parties identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the attached Service List, he/she was served a copy as set forth therein, this 11th day of December, 2013, at 3400 W. Lawrence Avenue, Chicago Illinois.

__/s/ Brenda Porter Helms _____

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

## SERVICE LIST

Service via Court's electronic notification system

Office of U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Kent Gaertner

Via first class mail, postage prepaid

Ernest Siefert Jr.
2 Wheaton Center  #1601
Wheaton IL 60187

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Estate of Ernest G. Siefert, Jr. | ) | No. 12 B 47822 |
| | ) | |
| 46-6507501 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Donald R. Cassling |

SECOND AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C.,** Certified Public Accountants, request second and final compensation of $1,562.80 and expenses of $15.05 for the time period from March 29, 2013 through August 22, 2013. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

## INTRODUCTION

This Court has jurisdiction over this Second and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## GENERAL

The Debtor filed a petition under Chapter 7 on or about December 5, 2012. A Trustee was subsequently appointed. On February 1, 2013, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this Fee Application is the Applicant's time for the preparation of the Estate's initial and final income tax returns.

## FEE APPLICATION

The fees sought by this Second and Final Fee Application reflect an aggregate of 10.6 hours of ADLPC's time spent and recorded in performing services during the Second and Final Compensation Period. This fee request does not include time that might be construed as

2

**ESTATE OF ERNEST G. SIEFERT, JR.**

duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC.  In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which second and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive.  No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

**ESTATE OF ERNEST G. SIEFERT, JR.**

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost    <u>$117.60</u>

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $  278.00 | $   55.60 |
| C. Wilson, Staff | 1.0 | 62.00 | 62.00 |
|  | 1.2 |  | $   117.60 |

## TAX PREPARATION

The Applicant incurred 9.4 hours in the preparation of the Estate's initial and final income tax returns. Also included is the estimated time to prepare the Estate's final information tax returns.

Cost    <u>$1,445.20</u>

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko (Post 07/01/13) | 1.7 | $  278.00 | $   472.60 |
| A. Lasko (Pre 07/01/13) | 0.6 | 275.00 | 165.00 |
| L. Li, Accounting Supervisor | 2.4 | 189.00 | 453.60 |
| J. Lasko, Staff (Post 07/01/13) | 2.6 | 78.00 | 202.80 |
| J. Lasko, Staff (Pre 07/01/13) | 2.1 | 72.00 | 151.20 |
|  | 9.4 |  | $   1,445.20 |

4

## ESTATE OF ERNEST G. SIEFERT, JR.

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $275 | - | $280 |
| Manager/Director | 220 | - | 275 |
| Supervisors | 160 | - | 220 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its second and final fee period are as follows:

| Recap by Project | First Interim Application | Second and Final Application | Total |
|---|---|---|---|
| Billing | $  117.00 | $  117.60 | $  234.60 |
| Tax Preparation | - | 1,445.20 | 1,445.20 |
| Valuation | 5,053.60 | - | 5,053.60 |
| Net Request | $  5,170.60 | $  1,562.80 | $  6,733.40 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 2.4 | $  234.60 | $  97.75 |
| Tax Preparation | 9.4 | 1,445.20 | $  153.74 |
| Valuation | 26.5 | 5,053.60 | $  190.70 |
| | 38.3 | $  6,733.40 | $  175.81 |

5

## ESTATE OF ERNEST G. SIEFERT, JR.

### EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | | |
|---|---|---|
| Copy Costs | $ | 10.00 |
| Postage | | 5.05 |
| | $ | 15.05 |

The Applicant has received its first Interim Compensation of $5,170.60 for the time period from February 1, 2013 through March 28, 2013.

### ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

**ESTATE OF ERNEST G. SIEFERT, JR.**

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Second and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

7

**ESTATE OF ERNEST G. SIEFERT, JR.**

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Second and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the second and final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested second and final compensation of $1,562.80 and expenses of $15.05 should be allowed for services by your Applicant for the period March 29, 2013 through August 22, 2013.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )
                                    )
Estate of Ernest G. Siefert, Jr.    )       No. 12 B 47822
                                    )
    46-6507501                      )       Chapter 7
    Debtor                          )
                                    )       Hon. Donald R. Cassling

**AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016**

STATE OF ILLINOIS)
                 )        SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1. I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Brenda Porter Helms, Chapter 7 Trustee in this case ("Trustee").

2. I have read the Second and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4. The Applicant has received its First Interim Compensation of $5,170.60 for the time period from February 1, 2013 through March 28, 2013.

9

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _22nd_ day of August, 2013.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC · STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/10/16

10

## EXHIBIT A

## ORDER OF EMPLOYMENT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:   12-47822
ERNEST G. SIEFERT, JR.                    )
                                          )
                                          )        Chapter: 7
                                          )        Honorable Donald R. Cassling
                                          )
                                          )        DuPage
            Debtor(s)                     )

## ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANT

AT WHEATON, ILLINOIS, this 1st day of February, 2013 before the Honorable Donald
Cassling, United States Bankruptcy Judge, in the District and Division aforesaid,

IT APPEARING TO THE COURT that the Trustee, Brenda Porter Helms, has filed a Motion to
Employ Accountant; and

IT APPEARING TO THE COURT that  due notice has been given and the Court being fully
advised in the matter;

IT IS HEREBY ORDERED that the Trustee is authorized to retain Alan D. Lasko and the firm of
Alan D. Lasko & Associates, P.C. as her accountants in the case.

Enter:   _Donald R. Cassling_

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  February 01, 2013

**Prepared by:**

Brenda Porter Helms
#6184302
The Helms Law Firm P.C.
3400 W. Lawrence Avenue
Chicago, IL 60625
(773) 463-6427
(773) 267-9405 (fax)

**<u>EXHIBIT B</u>**

**<u>PERSONNEL</u>**

**ESTATE OF ERNEST G. SIEFERT, JR.**

The following represents a description of the primary individuals in this engagement.

<u>Alan D. Lasko – CPA, CIRA, CFF</u>

Mr. Lasko has worked primarily in the bankruptcy field over the last 27 years. He brings his 37 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

<u>Luyan Li, CPA, CVA, Ph.D. – Accounting/Valuation Supervisor</u>

Ms. Li has 7 years of valuation experience and 9 years of performing accounting and tax services. She has a B.A. from Xi An Jiao Tong University in China and a Ph.D. in Communications Studies from Northwestern University in Evanston. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society. She is also certified by the National Association of Valuation Analysts for her valuation certificate. In addition, she is a Certified QuickBooks ProAdvisor.

**ESTATE OF ERNEST G. SIEFERT, JR.**

<u>Joseph Lasko – Staff</u>

Mr. Lasko is a second-year staff intern person performing accounting and tax services.

Mr. Lasko has a Bachelor's Degree in Marketing from the University of Iowa.  Mr. Lasko has

also completed several post graduate accounting courses.

**<u>EXHIBIT C</u>**

**<u>STAFF LEVELS</u>**

**ESTATE OF ERNEST G. SIEFERT, JR.**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

## EXHIBIT D

## ACTUAL TIME FROM TIME SLIPS

**<u>EXHIBIT D-1</u>**

**<u>TAX PREPARATION</u>**

8/22/2013                                Alan D. Lasko & Associates, P.C.
4:30 PM                                      Pre-bill Worksheet                                    Page    1

---

## Selection Criteria

| Clie.Selection | Include: Siefert, Jr..002; Siefert, Jr.012 |
|---|---|

---

| | | | | |
|---|---|---|---|---|
| Nickname | Siefert, Jr..002 | 4264 | | |
| Full Name | Estate of Ernest G. Siefert, Jr. | | | |
| Address | c/o Brenda Porter Helms, Trustee | | | |
| | 3400 W. Lawrence | | | |
| | Chicago IL 60025 | | | |
| Phone 1 | | Phone 2 | | |
| Phone 3 | | Phone 4 | | |
| In Ref To | tax preparation | | | |
| Fees Arrg. | By billing value on each slip | | | |
| Expense Arrg. | By billing value on each slip | | | |
| Tax Profile | Exempt | | | |
| Last bill | | | | |
| Last charge | 7/31/2013 | | | |
| Last payment | | Amount | $0.00 | |

| Date | User | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 6/17/2013 | J. Lasko | 72.00 | 1.80 | 129.60 | Billable |
| 117138 | 800 | | | | |
| | initial preparation of workpapers and tax returns for 2013 | | | | |
| 6/17/2013 | A. Lasko | 275.00 | 0.20 | 55.00 | Billable |
| 117145 | 800 | | | | |
| | review with staff and set up work for initial and final return | | | | |
| 6/17/2013 | A. Lasko | 275.00 | 0.40 | 110.00 | Billable |
| 117146 | 800 | | | | |
| | prepared information request to trustee for items related to initial and final income tax preparation | | | | |
| 6/17/2013 | J. Lasko | 72.00 | 0.30 | 21.60 | Billable |
| 117148 | 800 | | | | |
| | prepared information request to debtor's counsel regarding tax basis of items sold by trustee (note that counsel replied that he will ask the debtor's accountant for this information) | | | | |
| 7/16/2013 | A. Lasko | 278.00 | 0.40 | 111.20 | Billable |
| 117756 | 800 | | | | |
| | review of data received from debtor's accountant and set up staff for additional work on estate return | | | | |
| 7/16/2013 | J. Lasko | 78.00 | 1.40 | 109.20 | Billable |
| 117773 | 800 | | | | |
| | preparation of workpapers and tax returns - additional information received | | | | |

8/22/2013                          Alan D. Lasko & Associates, P.C.
4:31 PM                               Pre-bill Worksheet                              Page      2

Siefert, Jr..002:Estate of Ernest G. Siefert, Jr. (continued)

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|---------------|----------------|----------------|-------|
| 7/29/2013 118059 | L. Li 800 | 189.00 | 2.10 | 396.90 | Billable |
| | Review estate of Siefert workpapers and tax returns. | | | | |
| 7/30/2013 118106 | A. Lasko 800 | 278.00 | 0.70 | 194.60 | Billable |
| | preparation of net operating loss for regular and alt min purposes - corrections to draft | | | | |
| 7/31/2013 118133 | A. Lasko 800 | 278.00 | 0.20 | 55.60 | Billable |
| | prepared irs 60 day letter for final return | | | | |
| 7/31/2013 118134 | A. Lasko 800 | 278.00 | 0.40 | 111.20 | Billable |
| | sign off of federal and state tax returns and irs 60 day copy and letter | | | | |
| 7/31/2013 118630 | J. Lasko 800 | 78.00 | 1.20 | 93.60 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter to trustee | | | | |
| 7/31/2013 118632 | L. Li 800 | 189.00 | 0.30 | 56.70 | Billable |
| | Estimated time to review estate's final information tax returns and cover letter to trustee | | | | |

| TOTAL | Billable Fees | | 9.40 | | $1,445.20 |
|-------|---------------|---|------|---|-----------|

| Date ID | User Expense | Price Markup % | Quantity | Amount | Total |
|---------|--------------|----------------|----------|--------|-------|
| 7/31/2013 118160 | C. Wilson 115 | 10.00 | 1.000 | 10.00 | Billable |
| | Photocopy costs for 2013 Forms 1041 income tax returns - 100 pages @ $.10 per page. | | | | |
| 7/31/2013 118163 | C. Wilson 105 | 5.05 | 1.000 | 5.05 | Billable |
| | Postage for 2013 Forms 1041 income tax returns sent to Brenda Porter Helms. | | | | |

| TOTAL | Billable Costs | | | | $15.05 |
|-------|----------------|---|---|---|--------|

8/22/2013                          Alan D. Lasko & Associates, P.C.
4:31 PM                                  Pre-bill Worksheet                                    Page      3

Siefert, Jr..002:Estate of Ernest G. Siefert, Jr. (continued)

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| | | |
| Total of billable time slips | $1,445.20 | |
| Total of Fees (Time Charges) | | $1,445.20 |
| | | |
| Costs Bill Arrangement: Slips | | |
| By billing value on each slip. | | |
| | | |
| Total of billable expense slips | $15.05 | |
| Total of Costs (Expense Charges) | | $15.05 |
| | | |
| Total new charges | | $1,460.25 |
| | | |
| New Balance | | |
| Current | $1,460.25 | |
| | | |
| Total New Balance | | $1,460.25 |

## **EXHIBIT D-2**

## **BILLING TIME**

8/22/2013                               Alan D. Lasko & Associates, P.C.
4:31 PM                                      Pre-bill Worksheet                                    Page      4

Nickname          Siefert, Jr.012 | 4188
Full Name         Estate of Ernest G. Siefert, Jr.
Address           c/o Brenda Porter Helms, Trustee
                  3400 W. Lawrence
                  Chicago IL 60025

Phone 1                                 Phone 2
Phone 3                                 Phone 4
In Ref To         fee petition
Fees Arrg.        By billing value on each slip
Expense Arrg.     By billing value on each slip
Tax Profile       Exempt
Last bill         3/28/2013
Last charge       8/22/2013
Last payment      5/10/2013           Amount      $117.00

| Date ID | User Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------|---------------|----------------|----------------|-------|
| 8/22/2013 118638 | C. Wilson 800 | 62.00 | 1.00 | 62.00 | Billable |
| | Prepared fee petition. | | | | |
| 8/22/2013 118646 | A. Lasko 800 | 278.00 | 0.20 | 55.60 | Billable |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 1.20 | | $117.60 |

Total of billable expense slips                                                   $0.00

---

### Calculation of Fees and Costs

| | Amount | Total |
|---|--------|-------|
| Fees Bill Arrangement: Slips By billing value on each slip. | | |
| Total of billable time slips | $117.60 | |
| Total of Fees (Time Charges) | | $117.60 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $117.60 |
| Previous Balance 120 Days | $117.00 | |
| Total Previous Balance | | $117.00 |

8/22/2013                          Alan D. Lasko & Associates, P.C.
4:31 PM                               Pre-bill Worksheet                          Page     5

Siefert, Jr.012:Estate of Ernest G. Siefert, Jr. (continued)

|  | Amount | Total |
|---|---|---|
| **Accounts Receivables** | | |
| Date\|ID      Type   Description | | |
| 5/10/2013 PAY   Payment - thank you | ($117.00) | |
| 14707 | | |
| Total Accounts Receivable | | ($117.00) |
| | | |
| New Balance | | |
| Current | $117.60 | |
| | | |
| Total New Balance | | $117.60 |