UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
SIEFERT JR., ERNEST G.                    §      Case No. 12-47822
                                          §
            Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 PM on 01/17/2014 in Courtroom 4016,
          Henry Hyde Judicial Office Facility
          505 N. County Farm Road
          Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/11/2013                By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SIEFERT JR., ERNEST G. §   Case No. 12-47822
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 242,613.05 |
| and approved disbursements of | $ | 6,226.46 |
| leaving a balance on hand of[1] | $ | 236,386.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 15,380.65 | $ 0.00 | $ 15,380.65 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 8.72 | $ 0.00 | $ 8.72 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 6,733.40 | $ 5,170.60 | $ 1,562.80 |
| Other: International Sureties Ltd | $ 78.17 | $ 78.17 | $ 0.00 |
| Other: Alan D. Lasko & Associates P.C. | $ 15.05 | $ 0.00 | $ 15.05 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 16,967.22 |
| Remaining Balance | $ 219,419.37 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,573,657.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Jerry A. Siefert | $ 567,494.12 | $ 0.00 | $ 79,127.24 |
| 2 | Kingsland Development Corp | $ 994,906.23 | $ 0.00 | $ 138,722.47 |
| 3 | eCAST Settlement Corp assignee | $ 11,257.51 | $ 0.00 | $ 1,569.66 |
| | Total to be paid to timely general unsecured creditors | | $ | 219,419.37 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                                Trustee


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-47822-DRC
Ernest G. Siefert, Jr.                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: kseldon         Page 1 of 1           Date Rcvd: Dec 12, 2013
                          Form ID: pdf006       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2013.
```
db          +Ernest G. Siefert, Jr.,    2 Wheaton Center,    Apartment 1601,    Wheaton, IL 60187-4974
19774661     Capital One- Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
19774662    +Capstone Custom Homes, Inc.,    211 E. Illinois,    Wheaton, IL 60187-5403
19774663    +Capstone Custom Homes, Inc.,    211 E. Illinois St.,    Wheaton, IL 60187-5403
19774664     Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
19774665    +Central DuPage Hospital,    P.O. Box 4098,    Carol Stream, IL 60197-4098
19774666    +D & K Living- Wheaton Center,    2 Wheaton Center,    Wheaton, IL 60187-4986
19774667     Daniel Slivinski,    27 W. 431 Oak Ct.,    Winfield, IL 60190-1424
19774668     HSBC Card Services-Customer Cntr,    PO Box 80082,    Salinas, CA 93912-0082
19793468    +Jerry A. Siefert Backdoor Properties Inc,    C/O Ms Gina B Krol,    105 W Madison St Ste 1100,
              Chicago, IL 60602-4600
19774669    +Jerry Siefert/ Backdoor Properties,    c/o Giagnorio & Robertelli,
              130 S. Bloomingdale Rd/ PO Box 726,    Bloomingdale, IL 60108-0726
20636014    +Kingsland Development Corp.,    Mark F Kalina Esq,    Guerard Kalina & Butkus,
              310 S County Farm Road Suite H,    Wheaton, IL 60187-2409
19774671    +Richard M. Guerard,    Guerard, Kalina and Butkus,    310 S. County Farm Rd. Suite H,
              Wheaton, IL 60187-2409
19774672     Tobin Siefert,    412 Western Av.,    Wheaton, IL 60187-4071
19774673    +West Suburban Bank,    711 S. Westmore,    Lombard, IL 60148-3770
19774674    +Winfield Community Bank,    27W111 Geneva Rd.,    Winfield, IL 60190-2038
19774675    +Winfield Town Center, LLC,    211 E. Illinois St.,    Wheaton, IL 60187-5403
20330551     eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
20640910     eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
              New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20636963*    +Kingsland Development Corp.,    Mark F Kalina Esq,    Guerard Kalina & Butkus,
              310 S County Farm Road Suite H,    Wheaton, IL 60187-2409
19774676*    +Winfield Town Center,LLC,    211 E. Illinois St.,    Wheaton, IL 60187-5403
19774670   ##+Kingsland Development Co.,    Philip G. Passon, Pres.,    2150 Manchester Rd.,
              Wheaton, IL 60187-2474
                                                                                    TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2013                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2013 at the address(es) listed below:
```
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              Kent A Gaertner    on behalf of Debtor Ernest G. Siefert, Jr. kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```