# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SIEFERT JR., ERNEST G. | § | Case No. 12-47822 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One- Bankruptcy Dept. PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Cardmember Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central DuPage Hospital P.O. Box 4098 Carol Stream, IL 60197 | | | | | |
| | HSBC Card Services- Customer Cntr PO Box 80082 Salinas, CA 93912-0082 | | | | | |
| | West Suburban Bank 711 S. Westmore Lombard, IL 60148 | | | | | |
| | Winfield Community Bank 27W111 Geneva Rd. Winfield, IL 60190 | | | | | |
| 3 | ECAST SETTLEMENT CORP ASSIGNEE | | | | | |
| 2 | KINGSLAND DEVELOPMENT CORP | | | | | |
| 1 | SIEFERT, JERRY A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-47822 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SIEFERT JR., ERNEST G. | | Date Filed (f) or Converted (c): | 12/05/12 (f) |
| | | | 341(a) Meeting Date: | 01/25/13 |
| For Period Ending: | 03/11/14 | | Claims Bar Date: | 06/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 2. Chase bank account | 53.50 | 0.00 | | 0.00 | FA |
| 3. 5/3 Bank Account | 79,155.00 | 0.00 | | 79,163.39 | FA |
| 4. 5/3 savings account | 23,943.00 | 0.00 | | 8,148.00 | FA |
| 5. 5/3 checking account | 776.50 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS | 600.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL AND JEWELRY | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. FIREARMS AND HOBBY EQUIPMENT | 125.00 | 0.00 | | 0.00 | FA |
| 9. INTERESTS IN INSURANCE POLICIES | 1,492.50 | 0.00 | | 0.00 | FA |
| 10. PENSION PLANS AND PROFIT SHARING | 9,834.00 | 0.00 | | 0.00 | FA |
| 11. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | | 4,926.67 | FA |
| 12. STOCK AND BUSINESS INTERESTS | 150,374.98 | 0.00 | | 150,374.99 | FA |
| 13. ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $267,604.48 | $0.00 | | $242,613.05 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR and NFR submitted to UST on 9/10/13

Initial Projected Date of Final Report (TFR): 12/31/13   Current Projected Date of Final Report (TFR): 12/31/13

LFORM1
UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-47822 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | SIEFERT JR., ERNEST G. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1459 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7501 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/13 | 3 | ERnest Seifert | turn over of checking account | 1129-000 | 79,163.39 | | 79,163.39 |
| 02/07/13 | 4 | Ernest Seifert | turnover of savings account | 1129-000 | 8,148.00 | | 87,311.39 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 78.17 | 87,233.22 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 92.09 | 87,141.13 |
| 03/25/13 | 11 | Paul Rupsis | liquidation of Petra membership i | 1129-000 | 4,926.67 | | 92,067.80 |
| 03/25/13 | 12 | Paul Rupsis | liquidation of Capstone membership | 1129-000 | 150,374.99 | | 242,442.79 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 181.67 | 242,261.12 |
| 05/07/13 | 010002 | Alan D. Lasko & Associates P.C. | accountant fees | 3410-000 | | 5,170.60 | 237,090.52 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 348.49 | 236,742.03 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 355.44 | 236,386.59 |
| 01/27/14 | 010003 | BRENDA PORTER HELMS, TRUSTEE 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Chapter 7 Compensation/Fees | 2100-000 | | 15,380.65 | 221,005.94 |
| 01/27/14 | 010004 | BRENDA PORTER HELMS, TRUSTEE 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Chapter 7 Expenses | 2200-000 | | 8.72 | 220,997.22 |
| 01/27/14 | 010005 | Alan D. Lasko & Associates, P.C. | Accountant for Trustee Fees (Other | 3410-000 | | 1,562.80 | 219,434.42 |
| 01/27/14 | 010006 | Alan D. Lasko & Associates P.C. | Accountant for Trustee Expenses (Ot | 3420-000 | | 15.05 | 219,419.37 |
| 01/27/14 | 010007 | Jerry A. Siefert c/o Gina Krol 105 W. Madison St #1100 Chicago IL 60602 | Claim 1, Payment 13.94327% | 7100-000 | | 79,127.24 | 140,292.13 |
| 01/27/14 | 010008 | Kingsland Development Corp c/o Mark Kalina Guerard Kalina & Butkus 310 S. County Farm Rd #H Wheaton IL 60187 | Claim 2, Payment 13.94327% | 7100-000 | | 138,722.47 | 1,569.66 |
| 01/27/14 | 010009 | eCAST Settlement Corp assignee | Claim 3, Payment 13.94323% | 7100-000 | | 1,569.66 | 0.00 |

Page Subtotals    242,613.05    242,613.05

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-47822 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SIEFERT JR., ERNEST G. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1459 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7501 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | of Chase Bank USA P.O. Box 29262 New York NY 10087 | | | | | |

|  | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 242,613.05 | 242,613.05 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 242,613.05 | 242,613.05 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 242,613.05 | 242,613.05 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********1459) | 242,613.05 | 242,613.05 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 242,613.05 | 242,613.05 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 03/11/14
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals 0.00 0.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*